FILED
2019 Sep-11  PM 04:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### WESTERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **ALAA MOHD ABUSAAD** | ) |

## INFORMATION

The United States Attorney charges:

### Count One
### Concealment of Terrorism Financing

Beginning on a date unknown, but no later than in and around February 2018, and continuing until on or about April 20, 2018, in Tuscaloosa County, within the Northern District of Alabama, and elsewhere, the defendant,

**ALAA MOHD ABUSAAD**,

did knowingly conceal and disguise the nature, location, source, ownership, and control of material support and resources and funds, knowing that such funds were provided or were to be provided in violation of 18 U.S.C. § 2339B.

All in violation of 18 U.S.C. §§ 2339C(c)(2)(A) and 2.

JAY E. TOWN
United States Attorney

*/s/ Electronic Signature*
HENRY CORNELIUS
Assistant United States Attorney

*/s/ Electronic Signature*
MANU K. BALACHANDRAN
Assistant United States Attorney